F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 5 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00569-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

LESLIE MARSELLUS WILSON,

      Petitioner,

v.

WARDEN, A. CHAPMAN,

      Respondent.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner, Leslie Marsellus Wilson, a prisoner currently housed in the Kit Carson

Correctional Center in Burlington, Colorado, originally filed a 28 U.S.C. § 2241 action in

the United States District Court for the District of Columbia. The District of Columbia

determined that the action properly is filed in the United States District Court for the

District of Colorado and entered an order that transferred the action to this Court.

Petitioner has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of this Court's review

pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted

documents are deficient as described in this Order. Petitioner will be directed to cure

the following if he wishes to pursue his claims. Any papers that Petitioner files in

response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)    \_\_      is not submitted
(2)    \_\_      is missing affidavit
(3)    \_\_      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    _X_      is missing certificate showing current balance in prison account: <u>(account statement is too old and is not certified by an appropriate official of Plaintiff's penal institution)</u>
(5)    \_\_      is missing an original signature by the prisoner
(6)    \_\_      is not on proper form (must use the Court's current form)
(7)    \_\_      Names in caption do not match names in caption of complaint, petition or habeas application
(8)    \_\_      An original and a copy have not been received by the Court. Only an original has been received.
(9)    _X_      Other: <u>Motion is necessary only if $5.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
(10)    \_\_      is not submitted
(11)    _X_      is not on proper form (must use the Court's current form)
(12)    \_\_      is missing an original signature by the prisoner
(13)    \_\_      is missing page nos. \_\_\_
(14)    \_\_      Uses et al. instead of listing all parties in caption
(15)    \_\_      An original and a copy have not been received by the court. Only an original has been received.
(16)    \_\_      Sufficient copies to serve each defendant/Petitioner have not been received by the court.
(17)    \_\_      Names in caption do not match names in text
(18)    \_\_      Other _____

Accordingly, it is

ORDERED that Petitioner cure the deficiency designated above **within thirty (30) days from the date of this Order**. Any papers that Petitioner files in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Petitioner, together with a copy of this Order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

2

FURTHER ORDERED that if Petitioner fails to cure the designated deficiency **within thirty (30) days from the date of this Order** the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 15, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00569-BNB

Leslie Marsellus Wilson
Prisoner No. 82362
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 form** to the above-named individuals on March 15, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                      Deputy Clerk