**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00569-BNB

LESLIE MARSELLUS WILSON,

    Applicant,

v.

WARDEN A. CHAPMAN,

    Respondent.

## ORDER OF DISMISSAL

Plaintiff, Leslie Marsellus Wilson, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who is currently incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. He initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in the United States District Court for the District of Columbia. The District of Columbia determined that the action properly was filed in the United States District Court for the District of Colorado, and on March 8, 2011, the action was transferred to this Court.

In an order filed on March 15, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Wilson to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Wilson was directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form. Mr. Wilson was also directed to file a current certified copy of his prisoner's trust fund statement. The March 15 order warned Mr. Wilson that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Wilson has not communicated with the Court since March 8, 2011. Mr. Wilson has now failed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form, and a current copy of his prisoner's trust fund statement, as directed by the March 15 Order. Therefore, Mr. Wilson has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Leslie Marsellus Wilson, to comply with the order to cure dated March 15, 2011. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __20th__ day of ___April_____, 2011.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00569-BNB

Leslie Marsellus Wilson
Prisoner No. 82362
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 20, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk